**No. 58913.**—Amal Manufacturing Corporation v. United States, protest 239503–K (New York).

Opinion by OLIVER, C. J.   The motion to dismiss was granted.

**No. 58914.**—J. J. Boll v. United States, protest 244663–K (A) (New York).

Opinion by OLIVER, C. J.   The motion to dismiss was granted.

**No. 58915.**—R. J. Saunders & Co., Inc. v. United States, protest 245412–K (New York).

Opinion by OLIVER, C. J.   The motion to dismiss was granted.

**No. 58916.**—Arista Oil Products Company v. United States, protest 198636–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise is, in fact, crude sperm oil and that merchandise of like character is now being classified at 1¼ cents per pound under paragraph 52, as modified, *supra*, the claim of the plaintiff was sustained.

**No. 58917.**—Bertrand Freres, Inc., et al. v. United States, protests 180497–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.